LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone    (415) 646-7160
Facsimile    (415) 981-1270

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ROBINSON AND CYNTHIA ROBINSON, | Case No. C 06 1448 MEJ |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | **HON. MARIA-ELENA JAMES** |
| ASTRAZENECA PHARMACEUTICALS, L.P., et al. | ORDER CLOSING FILE |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiffs voluntarily dismiss the above-captioned action without prejudice.

Dated: May 1, 2006

**LEVIN SIMES KAISER & GORNICK LLP**

_____
Dennis J. Canty
Attorneys for Plaintiff

The Clerk of Court shall close the file.

Dated: May 2, 2006

*IT IS SO ORDERED*
*Judge Maria-Elena James*